UNITED STATES of America, Plaintiff–Appellee,

v.

Andre Shawn GREEN, a/k/a Andre Greene, a/k/a Dre, Defendant–Appellant.

No. 15–6369.

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 23, 2015.

Andre Shawn Green, Appellant pro se. Stanley D. Ragsdale, John David Rowell, Assistant United States Attorneys, Columbia, South Carolina for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Shawn Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the

district court. *United States v. Green,* No. 5:08–cr–00944–MBS–10 (D.S.C. Mar. 5, 2015); *see also United States v. Black,* 737 F.3d 280, 286 (4th Cir.2013) (defendant originally sentenced to statutory mandatory minimum sentence not eligible for relief under § 3582(c)(2) because the Guidelines range has not been lowered), *cert. denied,* — U.S. —, 134 S.Ct. 1902, 188 L.Ed.2d 932 (2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*